IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Christine Marais, | : | |
| Plaintiff | : | Civil Action 2:11-cv-0314 |
| v. | : | Judge Smith |
| JPMorgan Chase Bank, N.A., successor by merger to Chase Home Finance LLC, | : | Magistrate Judge Abel |
| | : | |
| Defendant | : | |

## Status Conference Order

On February 10, 2012, counsel for the parties participated in a scheduling conference with the Magistrate Judge.

<u>Discovery</u>. Discovery has been moving slowly. Chase is searching for loan history documents. Chase was the servicer for the loan.

<u>Settlement</u>. Plaintiff wants to review the loan history documents before she makes a settlement demand. She believes that her loan payments were not properly allocated and that she was unlawfully charged late fees and the like.

<u>Status report required</u>. Counsel are DIRECTED to call my office (614.719.3370) on or before **April 6, 2012** to schedule a conference to discuss whether discovery is complete and whether the parties are interested in a mediation.

s/Mark R. Abel
United States Magistrate Judge