IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Christine Marais, | : | |
| Plaintiff | : | Civil Action 2:11-cv-0314 |
| v. | : | Judge Smith |
| JPMorgan Chase Bank, N.A., successor by merger to Chase Home Finance LLC, | : | Magistrate Judge Abel |
| | : | |
| Defendant | : | |

## Discovery Conference Order

On March 2, 2012, counsel for the parties participated in a scheduling dispute conference with the Magistrate Judge.

Plaintiff requested a 14-day extension of time to respond to defendant's February 13 motion for judgment on the pleadings. Defendant would not agree unless the deposition of its Rule 30(b)(6) witness was moved from March 22 to a date at least 14 days later.

While the timing of discovery can sometimes be important, the timing of the Rule 30(b)(6) deposition was not raised as an issue by defendant until plaintiff requested an extension of time to respond to the motion for judgment on the pleadings . In any event, a requested extension of time to file a brief should not be held hostage to an unrelated request by the opposing party. Accordingly, plaintiff's request to extend the time to

respond to defendant's February 13 motion for judgment on the pleadings to and including **March 22, 2012** is GRANTED.

                                                         s/Mark R. Abel
                                                         United States Magistrate Judge