UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**CHRISTINE MARAIS,**

    **Plaintiff,**

    v.

**CHASE HOME FINANCE, LLC,**

    **Defendant.**

Case No. 2:11-cv-314
JUDGE SMITH
Magistrate Judge Abel

## AGREED JUDGMENT ENTRY

Defendant, JPMorgan Chase Bank, N.A., successor by merger to Chase Home Finance, LLC, and Plaintiff, Christine Marais, have communicated with the Court by e-mail and telephone regarding an offer and subsequent acceptance of judgment that has occurred between the parties pursuant to Federal Rule of Civil Procedure 68.  As a result of the accepted offer, the parties provided the Court with an agreed entry of judgment, which provides, in substance, as follows:

> Pursuant to the offer of judgment made by Chase and accepted by Marais under Federal Rule of Civil Procedure 68, the parties do hereby agree that Judgment shall be entered in favor of Marais in the amount of $16,450.96 and that Marais shall also be awarded the sum of $77,042.60 in attorney fees and costs.

Therefore, upon agreement of the parties, it is hereby **ORDERED** that Judgment is entered in favor of Plaintiff, Marais, in the amount of $16,450.96, plus $77,042.60 in attorney fees and costs.

Defendant, Chase, is **ORDERED** to fully satisfy this judgment within 30 days from the issuance of this entry.

The Clerk is instructed to **ENTER JUDGMENT** in favor of Marais and against Chase, as detailed above, and **CLOSE** the case.

**IT IS SO ORDERED.**

                                          */s/ George C. Smith*
                                          **GEORGE C. SMITH, JUDGE**
                                          **UNITED STATES DISTRICT COURT**